1  Carolyn D. Phillips    #103045
2  Attorney at Law
   P. O. Box 5622
   Fresno, California 93755-5622
3  559/248-9833

4  Attorney for defendant Robert Owen

5

6           IN THE UNITED STATES DISTRICT COURT IN AND FOR

7                    THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )   Case Nos. 06-mj-0095
                                   )             06-mj-0139   WMW
10                                 )
                                   )   STIPULATION TO CONTINUE STATUS
11         Plaintiff,              )   CONFERENCE HEARING, AND ORDER
                                   )   THEREON
12  v.                             )
                                   )   Date: January 23, 2007
13  ROBERT OWEN,                   )   Time: 10 a.m.
                                   )   Judge W. M. Wunderlich
           Defendant.              )
14  _____)

15      IT IS HEREBY STIPULATED by and between the parties hereto, and through

16  their respective attorneys of record herein, that the Status Conference Hearing, in the

17  above captioned matter, scheduled for December 5, 2006 may be continued to

18  January 23, 2007 at 10:00 a.m.

19      The parties agree that the delay resulting from the continuance shall be

20  excluded in the interests of justice, including but not limited to, the need for the

21  period of time set forth herein for further defense preparation pursuant to 18 U.S.C.

22

23  *Stipulation to Continue Status Conference Hearing, and Order Thereon;*
    *U. S. v. Robert Owen, Case No. 06-mj-0095 and 06-mj-0139 WMW*                    1

1  §3161(h)(8)(A).

2  Dated: December 4, 2006                Respectfully submitted,

3

4                                         /s/ Carolyn D. Phillips
                                          CAROLYN D. PHILLIPS
5                                         Attorney for Robert Owen

6

7  Dated: December 4, 2006                NATIONAL PARK SERVICE

8                                         /s/ Elizabeth Waldow
                                          Elizabeth Waldow
9                                         National Park Service

10

11

12                                        ORDER

13 IT IS SO ORDERED.

14 Dated: 12-5-06                         /s/ Wm. M. Wunderlich
                                          HON. WILLIAM M. WUNDERLICH
15                                        UNITED STATES MAGISTRATE JUDGE

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
*U. S. v. Robert Owen, Case No. 06-mj-0095 and 06-mj-0139 WMW*                    2